UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

CIVIL ACTION NO. 17-70-DLB

FREDDY KEITH HOWARD                                                      PLAINTIFF

vs.                             **JUDGMENT**

NANCY A. BERRYHILL, Acting
Commissioner of Social Security                                  DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \*

Consistent with the Memorandum Opinion and Order entered today, and pursuant to Rule 58 of the Federal Rules of Civil Procedure and sentence four of 42 U.S.C. § 405(g), it is **ORDERED AND ADJUDGED** as follows:

(1) The administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2) Plaintiff Freddy Keith Howard's Complaint (Doc. # 1) against Defendant Commissioner is **DISMISSED WITH PREJUDICE**; and

(3) This action is **STRICKEN** from the active docket of this Court.

This is a final and appealable order and no just cause for delay exists.

This 8th day of February, 2018.



Signed By:
*David L. Bunning*  DB
United States District Judge

K:\DATA\SocialSecurity\MOOs\Pikeville\17-70 Howard Judgment.docx